UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. XX-cv-XXXXX-GAYLES

**PARTY NAME(S),**
                **Plaintiff(s),**

      v.

**PARTY NAME(S),**
                **Defendant(s).**
_____/

**PROPOSED SCHEDULING ORDER SETTING**
**CIVIL TRIAL DATE AND PRETRIAL SCHEDULE**

**THIS CAUSE** is set for trial during the Court's two-week trial calendar beginning on **[MM/DD/YYYY]**.[1] The **Calendar Call** will be held at **9:30 a.m. on Wednesday, [MM/DD/YYYY]**.[2] A **Status Conference** will be held at **10:00 a.m. on Wednesday, [MM/DD/YYYY]**.[3] The parties shall adhere to the following schedule:[4]

| | | |
|---|---|---|
| 1. | Joinder of any additional parties and filing of motions to amend the complaint by | **[MM/DD/YYYY]** |
| 2. | Written lists containing the names and addresses of all fact witnesses intended to be called at trial by | **[MM/DD/YYYY]** |

---

[1] Consult the attached **Appendix re Trial Calendars** for beginning dates.

In all **Expedited Track** cases (S.D. Fla. L.R. 16.1(a)(2)(A)) and all actions brought pursuant to **the Fair Labor Standards Act, Title III of the Americans with Disabilities Act, the Fair Debt Collection Practices Act, or to recover amounts due on a defaulted student loan**, the Trial *shall occur within <u>nine months</u> of the date Plaintiff(s) filed the action*.

In all **Standard Track** cases (S.D. Fla. L.R. 16.1(a)(2)(B)), the Trial *shall occur within <u>twelve to eighteen months</u> of the date Plaintiff(s) filed the action*.

[2] Wednesday before Trial date.

[3] Three to four weeks following the parties' proposed mediation deadline. The Court may schedule an additional pretrial Status Conference pursuant to Fed. R. Civ. P. 16(a).

[4] Additionally, in class action cases, the parties should provide proposed deadlines for class discovery and the filing of motions for class certification and/or decertification. In cases arising from administrative agency determinations and/or appeals thereof, the parties should provide a deadline for the filing of the administrative record.

| | | |
|---|---|---|
| 3. | Plaintiff(s) shall disclose experts, expert witness summaries, and reports as required by Fed. R. Civ. P. 26(a)(2) by | [MM/DD/YYYY] |
| 4. | Defendant(s) shall disclose experts, expert witness summaries, and reports as required by Fed. R. Civ. P. 26(a)(2) by | [MM/DD/YYYY] |
| 5. | Exchange of rebuttal expert witness summaries and reports as required by Fed. R. Civ. P. 26(a)(2) by | [MM/DD/YYYY] |
| 6. | Parties shall select a mediator pursuant to Local Rule 16.2 and shall schedule a time, date, and place for mediation by | [MM/DD/YYYY] |
| 7. | Fact discovery shall be completed by<br>**[at least five months before Trial date]** | [MM/DD/YYYY] |
| 8. | Expert discovery shall be completed by<br>**[at least five months before Trial date]** | [MM/DD/YYYY] |
| 9. | Dispositive motions, including those regarding summary judgment and *Daubert*, shall be filed by<br>**[at least four months before Trial date]** | [MM/DD/YYYY] |
| 10. | Mediation shall be completed by<br>**[at least three months before Trial date]**[5] | [MM/DD/YYYY] |
| 11. | All pretrial motions and memoranda of law, including motions in limine, shall be filed by<br>**[at least two months before Trial date]** | [MM/DD/YYYY] |
| 12. | Joint pretrial stipulation, proposed joint jury instructions, proposed joint verdict form, and/or proposed findings of fact and conclusions of law shall be filed by<br>**[at least one month before Trial date]** | [MM/DD/YYYY] |
| 13. | Electronic versions of documentary exhibits and Certificates of Compliance re Admitted Evidence shall be filed on CM/ECF by<br>**[no later than 48 hours prior to Calendar Call]** | [MM/DD/YYYY] |

**By:**     [Attorney(s) for Plaintiff(s)]              [Attorney(s) for Defendant(s)]

---

[5] For all actions brought pursuant to the Fair Labor Standards Act, Title III of the Americans with Disabilities Act, the Fair Debt Collection Practices Act, or to recover amounts due on a defaulted student loan, mediation **shall occur within <u>ninety days</u>** of the Court's entry of the Scheduling Order.

## **APPENDIX RE TRIAL CALENDARS**

In completing the Proposed Scheduling Order, be advised that the Court's two-week trial calendars begin on the following dates:

### **2020**

| | | | |
|---|---|---|---|
| **January 6** | **April 13** | **July 20** | **October 26** |
| **January 21** | **April 27** | **August 3** | **November 9** |
| **February 3** | **May 11** | **August 17** | **November 23** |
| **February 18** | **May 26** | **August 31** | **December 7** |
| **March 2** | **June 8** | **September 14** | **December 21** |
| **March 16** | **June 22** | **September 28** | |
| **March 30** | **July 6** | **October 13** | |

### **2021**

| | | | |
|---|---|---|---|
| **January 4** | **April 12** | **July 19** | **October 25** |
| **January 19** | **April 26** | **August 2** | **November 8** |
| **February 1** | **May 10** | **August 16** | **November 22** |
| **February 16** | **May 24** | **August 30** | **December 6** |
| **March 1** | **June 7** | **September 13** | **December 20** |
| **March 15** | **June 21** | **September 27** | |
| **March 29** | **July 5** | **October 12** | |

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

Case No. XX-cv-XXXXX-GAYLES

**PARTY NAME(S),**
          **Plaintiff(s),**

v.

**PARTY NAME(S),**
          **Defendant(s).**
_____/

**ELECTION TO JURISDICTION BY A UNITED STATES MAGISTRATE JUDGE**
**FOR FINAL DISPOSITION OF MOTIONS**

In accordance with the provisions of 28 U.S.C. § 636(c), the undersigned party or parties to the above-captioned civil matter hereby voluntarily elect to have a United States Magistrate Judge decide the following motions and issue a final order or judgment with respect thereto:

1. **Motions to Dismiss**              Yes ____     No ____
2. **Motions for Summary Judgment**    Yes ____     No ____
3. **All Pretrial Motions**            Yes ____     No ____
4. **Discovery**                       Yes ____     No ____
5. **Other** (*explain below*)         Yes ____     No ____

_____

**By:**      [Attorney(s) for Plaintiff(s)]          [Attorney(s) for Defendant(s)]

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. XX-cv-XXXXX-GAYLES

**PARTY NAME(S),**
        **Plaintiff(s),**

v.

**PARTY NAME(S),**
        **Defendant(s).**
_____/

**ELECTION TO JURISDICTION BY A
UNITED STATES MAGISTRATE JUDGE FOR TRIAL**

In accordance with the provisions of 28 U.S.C. § 636(c), the undersigned party or parties to the above-captioned civil matter hereby voluntarily elect to have a United States Magistrate Judge conduct any and all further proceedings in this case, including **TRIAL**, and entry of final judgment with respect thereto.[*]

**By:**     **[Attorney(s) for Plaintiff(s)]**          **[Attorney(s) for Defendant(s)]**

---

[*] A Magistrate Judge may conduct jury trials if the underlying claims support a demand for jury. In addition, a Magistrate Judge can generally accommodate special settings.