UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

EZEQUIEL ENRIQUEZ,

        Case No. 0:19-cv-62772-DPG

    Plaintiff,

v.

        Honorable Darrin P. Gayles
        Judge Presiding

PROFESSIONAL ACCOUNT SERVICES,
INC., and NAPLES HMA, LLC d/b/a
PHYSICIANS REGIONAL MEDICAL
CENTER – COLLIER BOULEVARD,

    Defendants.

_____/

**PROPOSED SCHEDULING ORDER SETTING**
**CIVIL TRIAL DATE AND PRETRIAL SCHEDULE**

**THIS CAUSE** is set for trial during the Court's two-week trial calendar beginning on

**January 19, 2021.**[1] The **Calendar Call** will be held at **9:30 a.m. on Wednesday, January 13,**

**2021.**[2] A **Status Conference** will be held at **10:00 a.m. on Wednesday, May 13, 2020.**[3] The

parties shall adhere to the following schedule:[4]

1. Joinder of any additional parties and filing of motions to amend the     **February 28, 2020**
   complaint by

---

[1]   Consult the attached Appendix re Trial Calendars for beginning dates.
    In all Expedited Track cases (S.D. Fla. L.R. 16.1(a)(2)(A)) and all actions brought pursuant to the Fair Labor Standards Act, Title III of the Americans with Disabilities Act, the Fair Debt Collection Practices Act, or to recover amounts due on a defaulted student loan, the Trial shall occur within nine months of the date Plaintiff(s) filed the action.
    In all Standard Track cases (S.D. Fla. L.R. 16.1(a)(2)(B)), the Trial shall occur within twelve to eighteen months of the date Plaintiff(s) filed the action.

[2]   Wednesday before Trial date.

[3]   Three to four weeks following the parties' proposed mediation deadline. The Court may schedule an additional pretrial Status Conference pursuant to Fed. R. Civ. P. 16(a).

[4]   Additionally, in class action cases, the parties should provide proposed deadlines for class discovery and the filing of motions for class certification and/or decertification. In cases arising from administrative agency determinations and/or appeals thereof, the parties should provide a deadline for the filing of the administrative record.

2. Written lists containing the names and addresses of all fact witnesses intended to be called at trial by     **January 24, 2020**

3. Plaintiff(s) shall disclose experts, expert witness summaries, and reports as required by Fed. R. Civ. P. 26(a)(2) by     **May 23, 2020**

4. Defendant(s) shall disclose experts, expert witness summaries, and reports as required by Fed. R. Civ. P. 26(a)(2) by     **June 20, 2020**

5. Exchange of rebuttal expert witness summaries and reports as Required by Fed. R. Civ. P. 26(a)(2) by     **July 31, 2020**

6. Parties shall select a mediator pursuant to Local Rule 16.2 and shall schedule a time, date, and place for mediation by     **January 31, 2020**

7. Fact discovery shall be completed by
**[at least five months before Trial date]**     **July 17, 2020**

8. Expert discovery shall be completed by
**[at least five months before Trial date]**     **July 17, 2020**

9. Dispositive motions, including those regarding summary judgment And Daubert, shall be filed by
**[at least four months before Trial date]**     **September 4, 2020**

10. Mediation shall be completed by
**[at least three months before Trial date]**[5]     **April 17, 2020**

11. All pretrial motions and memoranda of law, including motions in limine, shall be filed by
**[at least two months before Trial date]**     **November 13, 2020**

12. Joint pretrial stipulation, proposed joint jury instructions, proposed joint verdict form, and/or proposed findings of fact and conclusions of law shall be filed by
**[at least one month before Trial date]**     **December 11, 2020**

13. Electronic versions of documentary exhibits and Certificates of Compliance re Admitted Evidence shall be filed on CM/ECF by
**[no later than 48 hours prior to Calendar Call]**     **January 8, 2021**

---

[5]   For all actions brought pursuant to the Fair Labor Standards Act, Title III of the Americans with Disabilities Act, the Fair Debt Collection Practices Act, or to recover amounts due on a defaulted student loan, mediation shall occur within ninety days of the Court's entry of the Scheduling Order.

  /s/ Jibrael S. Hindi                              .
**JIBRAEL S. HINDI, ESQ.**
Florida Bar No.: 118259
E-mail:jibrael@jibraellaw.com
**THOMAS J. PATTI, ESQ.**
Florida Bar No.: 118377
E-mail:tom@jibraellaw.com
The Law Offices of Jibrael S. Hindi
110 SE 6th Street, Suite 1744
Fort Lauderdale, Florida 33301
Phone: 954-907-1136
Fax:    855-529-9540

/s/ Christopher P. Hahn____
**CHRISTOPHER P. HAHN, ESQ.**
MAURICE WUTSCHER LLP
Florida Bar No. 87577
110 E. Broward Blvd., Suite 1700
Fort Lauderdale, FL 33301
Tel: (772) 237-3410
Fax: (866) 581-9302
E-mail: chahn@MauriceWutscher.com
litigation@MauriceWutscher.com

## APPENDIX RE TRIAL CALENDARS

In completing the Proposed Scheduling Order, be advised that the Court's two-week trial calendars begin on the following dates:

### 2020

| | | | |
|---|---|---|---|
| **January 6** | **April 13** | **July 20** | **October 26** |
| **January 21** | **April 27** | **August 3** | **November 9** |
| **February 3** | **May 11** | **August 17** | **November 23** |
| **February 18** | **May 26** | **August 31** | **December 7** |
| **March 2** | **June 8** | **September 14** | **December 21** |
| **March 16** | **June 22** | **September 28** | |
| **March 30** | **July 6** | **October 13** | |

### 2021

| | | | |
|---|---|---|---|
| **January 4** | **April 12** | **July 19** | **October 25** |
| **January 19** | **April 26** | **August 2** | **November 8** |
| **February 1** | **May 10** | **August 16** | **November 22** |
| **February 16** | **May 24** | **August 30** | **December 6** |
| **March 1** | **June 7** | **September 13** | **December 20** |
| **March 15** | **June 21** | **September 27** | |
| **March 29** | **July 5** | **October 12** | |