UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

EZEQUIEL ENRIQUEZ,

    Plaintiff,

v.

PROFESSIONAL ACCOUNT SERVICES,
INC., and NAPLES HMA, LLC d/b/a
PHYSICIANS REGIONAL MEDICAL
CENTER – COLLIER BOULEVARD,

    Defendants.
_____/

Case No. 0:19-cv-62772-DPG

Honorable Darrin P. Gayles
Judge Presiding

## DEFENDANTS' CERTIFICATE OF INTERESTED
## PERSONS AND CORPORATE DISCLOSURE STATEMENT

Pursuant to Fed. R. Civ. P. 7.1, Defendants, Professional Account Services, Inc., ("PASI") and Naples HMA, LLC d/b/a Physicians Regional Medical Center – Collier Boulevard ("PRMC") (collectively, "Defendants"), by their attorneys, submit this Certificate of Interested Persons and Corporate Disclosure Statement, and states:

1. The name of each person, attorney, association of persons, firm, law firm, partnership, and corporation that has or may have an interest in the outcome of this action — including subsidiaries, conglomerates, affiliates, parent corporations, publicly-traded companies that own 10% or more of a party's stock, and all other identifiable legal entities related to any party in the case:

    Professional Account Services, Inc. states that it is a privately-held corporation. All of the issued and outstanding corporate stock of Professional Account Services, Inc. is owned by Community Health Investment Company, LLC, a privately-held holding company. Community Health Systems, Inc., a publicly-traded holding company with no employees and a principal place of business in Franklin, Tennessee, is an indirect parent company of Professional Account Services, Inc. There are two separate entities in the ownership chain between Community Health Systems, Inc. and Professional Account Services, Inc.

    Naples HMA, LLC d/b/a Physicians Regional Healthcare System states that it is a privately-held limited liability company. The sole member of Naples HMA, LLC d/b/a

Physicians Regional Healthcare System is Southwest Florida HMA Holdings, LLC, a privately-held limited liability company. For the information of the Court, Community Health Systems, Inc., a publicly-traded holding company with no employees and a principal place of business in Franklin, TN, is an indirect parent company of Naples HMA, LLC d/b/a Physicians Regional Healthcare System. There are seven separate entities in the ownership chain between Community Health Systems, Inc. and Naples HMA, LLC d/b/a Physicians Regional Healthcare System.

Ezequiel Enriquez, Plaintiff
Jibrael S. Hindi, Esq., Attorney for Plaintiff
Thomas J. Patti, Esq., Attorney for Plaintiff
Paul A. Herman, Esq., Attorney for Plaintiff
Joel A. Browm, Esq., Attorney for Plaintiff

The Law Offices of Jibrael S. Hindi, Attorneys for Plaintiff
Paul A. Herman, Attorneys for Plaintiff
Friedman & Brown, LLC, Attorneys for Plaintiff
Professional Account Services, Inc., Defendant
Naples HMA, LLC d/b/a Physicians Regional Medical Center – Collier Boulevard, Defendant
Christopher P. Hahn, Esq., Attorney for Defendants
Maurice Wutscher, LLP, Attorneys for Defendants

2. The name of every other entity whose publicly-traded stock, equity, or debt may be substantially affected by the outcome of the proceedings:

   None.

3. The name of every other entity which is likely to be an active participant in the proceedings, including the debtor and members of the creditors' committee (or twenty largest unsecured creditors) in bankruptcy cases:

   None.

4. The name of each victim (individual or corporate) of civil and criminal conduct alleged to be wrongful, including every person who may be entitled to restitution:

   Pursuant to Plaintiff's Complaint, Plaintiff is the only person alleged to have suffered damages as a result of Defendants' conduct. Defendants deny any wrongdoing whatsoever, deny all liability to Plaintiff, and deny that Plaintiff are entitled to any relief.

I hereby certify that, except as disclosed above, I am unaware of any actual or potential conflict of interest involving the district judge and magistrate judge assigned to this case, and will immediately notify the Court in writing on learning of any such conflict.

Dated:  January 20, 2020   Respectfully submitted,

**PROFESSIONAL ACCOUNT SERVICES, INC., and NAPLES HMA, LLC d/b/a PHYSICIANS REGIONAL MEDICAL CENTER – COLLIER BOULEVARD,**

By:   /s/ Christopher P. Hahn
Christopher P. Hahn, Esq.
MAURICE WUTSCHER LLP
Florida Bar No. 87577
110 E. Broward Blvd., Suite 1700
Fort Lauderdale, FL 33301
Tel: (772) 237-3410
Fax: (866) 581-9302
E-mail: chahn@MauriceWutscher.com
litigation@MauriceWutscher.com

### Certificate of Service

The undersigned hereby certifies that on this **20th day of January, 2020**, a true and correct copy of the foregoing document and any related exhibits was served via e-mail and/or U.S. Mail on all interested parties.

/s/ Christopher P. Hahn